LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA 09 CV 9531 GAF (ANx) | Date | February 16, 2010 |
|---|---|---|---|
| Title | Lehman Brothers Holdings, Inc. v. Belvidere Networking Enterprises | | |

| Present: The Honorable | **GARY ALLEN FEESS**, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Chris Silva for Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**      **(In Chambers)**

**ORDER TO SHOW CAUSE**

   Plaintiff's out of state attorneys Christopher P. Carrington ("Counsel") have failed to submit an Application of Non-Resident Attorney to Appear in a Specific Case, along with the $185.00 pro hac vice appearance fee. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by the close of business on **Monday, March 1, 2010,** why the Court should allow Counsel to represent Plaintiff before this Court. Submission of a pro hac vice application with the appropriate fees will satisfy this Order.

   IT IS SO ORDERED.